**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 03-9227-JFW (PJWx)**                            Dated: **May 20, 2005**

Title:     WALL STREET NETWORK, LTD. -v- KEYNETICS, INC.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly                              Pam Seijas
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Arnold G. Regardie (pltf & Third party deft)   Andrew F. Brimmer (deft & 3rd party pltf)
                                               Christopher A. Keele (deft & 3rd party pltf)
A. Ilyas Akbari (3rd party deft)
Sidney S. Sohn (3rd party deft)

PROCEEDINGS:   **FINAL PRETRIAL CONFERENCE**

Case called, and counsel make their appearance.

The Final Pretrial Conference is held.

The parties shall file simultaneous supplemental briefs, not to exceed ten pages, on or before May 23, 2005, addressing the issue of the enforceability of the Limitation of Liability clause in the Internet Marketing Agreement, as discussed on the record. Each party shall deposit a conformed courtesy copy of its supplemental brief in the courtesy copy box located in the entrance way to Chambers no later than 4:00 p.m. on May 23, 2005. The Court will hear argument on this issue on May 25, 2005 at 10:00 a.m.

Counsel shall meet and confer to resolve the issues raised by the court regarding the pre-trial documents and shall, on or before May 25, 2005 at 10:00 a.m., file and provide the Court with a courtesy copy of (1) a revised Joint Motion In Limine, (2) a revised Pre-Trial Exhibit Stipulation, (3) revised Agreed-Upon Jury Instructions and Verdict Forms and a Joint Statement Regarding Disputed Jury Instructions and Verdict Forms, (4) a revised Joint Summary of Witness Testimony and (5) a Joint Statement of the Case. Defendant shall, on or before May 25, 2005 at 10:00 a.m., file and provide the Court with a courtesy copy of an Offer of Proof regarding its alter ego claim. For each expert witness, the parties shall, on or before May 24, 2005, file and provide the Court with a courtesy copy of (1) the expert's curriculum vitae, (2) a transcript of the expert's deposition and (3) the expert's report.

DOCKETED ON CM
MAY 2 4 2005
BY BG         010

MINUTES FORM 11                                              Initials of Deputy Clerk  sr
CIVIL -- GEN
                                                             :90 min

Court issues Civil Trial Order filed today.

The hearing on Motions in Limine and Disputed Jury Instructions remains set for May 27, 2005 at 10:00 a.m.

The Jury Trial remains set for May 31, 2005, at 8:30 am.

MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk  sr

:90 min