**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 03-9227-JFW (PJWx)**                              Dated: **May 25, 2005**

Title:   WALL STREET NETWORK, LTD. -v- KEYNETICS, INC.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    Shannon Reilly                              Maria Bustillos
    Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Arnold G. Regardie                     Andrew F. Brimmer
Scott Shapiro                          Christopher A. Keele
A. Ilyas Akbari


PROCEEDINGS:   **FURTHER FINAL PRETRIAL CONFERENCE**

Case called, and counsel make their appearance.

Court hears argument on applicability of Limitation of Liability clause in Internet Marketing Agreement. Court conducts additional pre-trial conference. A Settlement Conference is set for 1:15 p.m. today.



Initials of Deputy Clerk
:60 min