UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 03-9227-JFW (PJWx)**                  Dated: **May 25, 2005**

Title:     WALL STREET NETWORK, LTD. *-v-* KEYNETICS, INC.

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Maria Bustillos |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Arnold G. Regardie                    Andrew F. Brimmer
Scott E. Shapiro                      Christopher A. Keele

A. Ilyas Akbari


PROCEEDINGS:   SETTLEMENT CONFERENCE


Court conducts settlement conference.  Case settles and settlement placed on the record.

The Court orders the transcript SEALED.

The Motions in Limine [#1- #6] are DENIED as moot.

The hearing on Motions in Limine and Disputed Jury Instructions on May 27, 2005 and the Jury Trial on May 31, 2005 are hereby vacated.

IT·IS SO ORDERED.


Initials of Deputy Clerk _____

3:15 min

